*In re* **JOHNSON**, TERENCE (MR 17509)
Chicago, IL

Order of the Court:

The motion by Terence Johnson to strike his name from the roll of at-

torneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.